1  MANTON L. SELBY, II (SBN 44350)
   89 Eucalyptus Knoll St
2  Mill Valley California 94141
   Tel.:     (415) 383-9030
3  Fax:      (415) 383-9032
   E-mail :  selbylaw@gmail.com
4

5  Attorney for Defendant
   Wonda Kidd
6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11 UNITED STATES OF AMERICA,       )    No. CR 09-01062 PJH
                                   )
12        Plaintiff,               )
                                   )
13      v.                         )
                                   )    **STIPULATION TO MODIFY**
14 Karim Akil et al.                )   **CONDITIONS OF RELEASE AND**
                                   )    **[PROPOSED] ORDER**
15        Defendants.              )
                                   )
16 _____)

17

18     Defendant Wonda Kidd by and through her attorney of record, and the United States of

19 America, by and through its attorney of record, Stephen Corrigan, hereby stipulate and ask the

20 Court to find and order as follows:

21    1. The parties stipulate that Conditions of Release may be modified to allow Wonda Kidd to

22 travel from the Northern District on April 21, 2010 to Las Vegas and return to the Northern

23 District by April 26, 2010.

24    2. The ~~Probation Office~~ Pretrial Services is in agreement with this modification.

25

26

27 .

28

   cc: Copies to parties via ECF, Pretrial Svcs., Financial

IT IS SO STIPULATED:

Dated: April 16, 2010

          /s/
Manton Selby
Attorney for Defendant
Wonda Kidd

Dated: April 16, 2010

          /s/
Stephen Corrigan
Assistant U.S. Attorney
Attorney for Plaintiff

### [proposed] ORDER

Based upon the joint stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the conditions of release for Defendant Wonda Kidd (Louisa Wonda Kidd herein) shall me modified to authorize her to travel from the Northern District to Las Vegas, Nevada on April 21, 2010 and to return to the Northern District no later than April 26, 2010

Dated: 4/19/2010

GRANTED

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

2