```
1   MANTON L. SELBY, II (SBN 44350)
    89 Eucalyptus Knoll St
2   Mill Valley California 94141
    Tel.:     (415) 383-9030
3   Fax:      (415) 383-9032
    E-mail :  selbylaw@gmail.com
4

5   Attorney for Defendant
    Wonda Kidd
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-01062 PJH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO MODIFY** |
| Karim Akil et al. | ) | **CONDITIONS OF RELEASE AND** |
| | ) | **[PROPOSED] ORDER** |
| Defendants. | ) | |

   Defendant Wonda Kidd by and through her attorney of record, and the United States of America, by and through its attorney of record, Stephen Corrigan, hereby stipulate and ask the Court to find and order as follows:

   1. The parties stipulate that Conditions of Release may be modified to allow Wonda Kidd to travel from the Northern District on July 2, 2010 to Milwaukee, WI and return to the Northern District by July 6, 2010.

   2. Pre Trial Services is in agreement with this modification.

.

IT IS SO STIPULATED:

Dated: June 23, 2010                            /s/
                                         Manton Selby
                                         Attorney for Defendant
                                         Wonda Kidd


Dated: June 23, 2010                            /s/
                                         Stephen Corrigan
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


### [proposed] ORDER

Based upon the joint stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the conditions of release for Defendant Wonda Kidd (Louisa Wonda Kidd herein) shall me modified to authorize her to travel from the Northern District to Milwaukee, Wisconsin on July 2, 2010 and to return to the Northern District no later than July 6, 2010


Dated: June 29, 2010                     _____
                                         HONORABLE DONNA M. RYU
                                         UNITED STATES MAGISTRATE JUDGE