1  MANTON L. SELBY, II   SBN# 44350
   Attorney At Law
2  89 Eucalyptus Knoll St.
   Mill Valley, CA 94941
3  Telephone:   (415) 383-9030
   Fax:         (415) 383-9032
4

5              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
6

7  UNITED STATES OF AMERICA,       )
                                   )   Case: CR09-01062PJH
8                  Plaintiff       )
                                   )
9         v.                       )   ORDER AMENDING
                                   )   CONDITIONS OF RELEASE
10 WONDA KIDD,                     )   (18 USC §§3145 (a)- (b))
                                   )
11                 Defendant       )
                                   )
12 _____ )

13

14     THIS MATTER coming before the Court Ex Parte on Defendant's Petition to Amend

15 Conditions of Release; The prosecution having stipulated thereto; and pretrial Services having no

16 objection:

17     IT IS THEREFORE ORDERED that conditions of Release may be modified to allow

18 Defendant to travel to Milwaukee, Wisconsin on July 2, 2010 to return to the Northern District

19 on July 6, 2010.

20

21 Dated:  June 29, 2010      _____
                              MAGISTRATE JUDGE
22                       `    UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA
23

---

PETITION TO AMEND CONDITIONS OF RELEASE
Case No. CR09-01062PJH