
1 | MANTON L. SELBY, II   SBN# 44350
Attorney At Law
2 | 20 Alameda De La Loma
Novato   , CA 94949
3 | Telephone:   (415) 506-4375
Fax:          (415) 506-4376

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case: CR09-01062PJH |
| Plaintiff | ) | |
| | ) | |
| v. | ) | (~~PROPOSED~~) ORDER AMENDING |
| | ) | CONDITIONS OF RELEASE |
| WONDA KIDD, | ) | (18 USC §§3145 (a)- (b)) |
| | ) | |
| Defendant | ) | |
| | ) | |

THIS MATTER coming before the Court Ex Parte on Defendant's Petition to Amend Conditions of Release; The prosecution having stipulated thereto; and pretrial Services having no objection:

IT IS THEREFORE ORDERED that conditions of Release may be modified to allow Defendant to travel to Folsom Prison for the purpose of visiting her nephew RAYMOND KIDD at such times as are approved by the Folsom Prison Authorities. Defendant is to return to the Northern District on the same day as the visitation.

Dated: August 12, 2011   _____
                         LAUREL BEELER
                         UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA